Walter A. Romney, Jr. (7975)
CLYDE SNOW & SESSIONS
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone/Facsimile: (801) 433-2456
WAR@ClydeSnow.com

*Attorneys of Limited Appearance for*
*Defendant Marc Heuberger*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROUTE APP, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>MARC HEUBERGER, ElevatiONE, and NAVIDIUM APP,<br><br>                Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br>(RICHARD I. SCHARLAT)<br><br>Case No. 2:22-CV-00291-TS-JCB<br><br>District Judge Ted Stewart<br>Magistrate Judge Jared C. Bennett |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Richard I. Scharlat, of the law firm Fox Rothschild LLP. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 18th day of May 2022.

                BY THE COURT:

                _____
                Ted Stewart
                United States District Judge