Jess M. Krannich, #14398
Chris Mack, #16094
Jon Collier, #17185
KIRKLAND & ELLIS LLP
60 E. South Temple St, 7th Floor
Salt Lake City, Utah 84111
Telephone: (801) 877-8100
Facsimile: (801) 877-8101
Jess.krannich@kirkland.com
Chris.mack@kirkland.com
Jon.collier@kirkland.com

*Attorneys for Plaintiff Route App, Incorporated*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROUTE APP, INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>MARC HEUBERGER, ElevatiONE, and NAVIDIUM APP,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL SECOND DECLARATION OF CLARE PETERSON**<br><br>Civil No. 2:22-cv-00291-TS<br><br>Judge Ted Stewart<br><br>Magistrate Judge Jared C. Bennett |

This matter comes before the Court on Plaintiff Route App, Incorporated's Motion for Leave to File Under Seal Second Declaration of Clare Peterson ("Motion"). Having considered the motion and the arguments presented therein, Plaintiff's Motion is GRANTED.

DATED July 8, 2022.

_____
JARED C. BENNETT
United States Magistrate Judge

1

## CERTIFICATE OF SERVICE

I, Chris D. Mack, an attorney, certify that on July 6, 2022, I caused the foregoing document to be electronically filed in the CM/ECF system, and served via email on all counsel of record.

Ellie J. Barragry *(admitted Pro Hac Vice)*
Fox Rothschild LLP
Two22 Building
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
ebarragry@foxrothschild.com
Tel: (612) 607-7000

*Attorneys for Defendant Marc Heuberger*

Richard I. Scharlat *(admitted Pro Hac Vice)*
Fox Rothschild LLP
100 Park Avenue, 17th Floor
New York, NY 10178
rscharlat@foxrothschild.com
Tel: 212-878-7900

*Attorney for Defendant Marc Heuberger*

Walter A. Romney, Jr.
Clyde Snow
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
war@clydesnow.com
Tel: 801-433-2456

*Attorney for Defendant Marc Heuberger*

                                                                /s/ Chris D. Mack