THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROUTE APP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARC HEUBERGER and ATIQUR RAHMAN, <br><br> Defendants. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO ENFORCE SETTLEMENT |
| MARC HEUBERGER, <br><br> Counterclaimant and Third-Party Plaintiff, <br><br> vs. <br><br> ROUTE APP, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> TRAVIS ROBINSON, BRAD PEARSON, and SAFE ORDER SOLUTIONS, LLC, <br><br> Third-Party Defendants. | Case No. 2:22-cv-00291-TS-JCB <br> Judge Ted Stewart <br> Magistrate Judge Jared C. Bennett |

1

This matter comes before the Court on Defendant Marc Heuberger's Motion to Enforce Settlement.[1] The Court has carefully reviewed and considered the briefing and record as to this Motion. The Court finds that the record indicates that settlement negotiations were ongoing, as reported by the parties in their most recent status update,[2] and that Defendant has not met his burden to show "that an offer and acceptance were more probable than not."[3]

The record and draft Settlement Agreement indicate that the parties were close to a resolution before the Motion was filed, and the Court is hopeful that the parties can still reach a settlement. Accordingly, the Court will order the parties to participate in a settlement conference and will refer the settlement to a Magistrate Judge in a separate order.

It is therefore

ORDERED that Defendant's Motion to Enforce Settlement (Docket No. 492) is DENIED.

DATED this 27th day of May, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[1] Docket No. 492.

[2] Docket No. 487.

[3] *Lebrecht v. Deep Blue Pools & Spas Inc.*, 2016 UT App 110, ¶ 13, 374 P.3d 1064, 1069 (quoting *Sackler v. Savin*, 897 P.2d 1217, 1222 (Utah 1995)).